IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DANFORD M. SWAIN,

     Appellant,

v.

     Case No.  5D22-397
     LT Case No. 2014-CF-000978-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed December 6, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Danford M. Swain, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison Leigh Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


COHEN, SASSO and TRAVER, JJ., concur.